No. 97–8585. CROMPTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–8587. SANCHO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–8589. ROBERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8590. STOKES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8591. PALMER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8594. SWINT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8595. PIZZA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8596. SALAZAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8598. MIGLIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8600. KEY v. UNITED STATES; and
No. 97–8603. JARRETT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 133 F. 3d 519.

No. 97–8612. TAMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8613. ADESIDA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–49. PORTLAND GENERAL ELECTRIC CO. v. COLUMBIA STEEL CASTING CO., INC. C. A. 9th Cir. Motion of Edison Electric Institute for leave to file a brief as *amicus curiae* granted. Motion of National Association of Regulatory Utility Commissioners for leave to file a brief as *amicus curiae* denied. Certiorari denied.